IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Case No: C CV 09 80142 MISC VRW

**ORDER TO SHOW CAUSE**

David Phillip Schluckebier - #179034

_____/

It appearing that David Phillip Schluckebier has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that pursuant to this provision, he may not practice law in the State of California effective April 4, 2009,

**IT IS SO ORDERED**

That respondent show cause in writing on or before August 11, 2009 as to why he should not be suspended from practice before this court, pending further notice from the State Bar of California, that his status has been activated.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:
David Phillip Schluckebier
Attorney At Law
Senate Legal Counsel
P.O. Box 8
Koror, PW 96940