FILED

OCT 21 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:   No CV-09-80142 MISC VRW

ORDER

David Phillip Schluckebier,

   State Bar No 179034
_____/

      On July 2, 2009, the court issued an order to show cause (OSC) why David Phillip Schluckebier should not be removed from the roll of attorneys authorized to practice law before this court, based upon based upon his inactive enrollment as a member of the State Bar of California pursuant to Section 6007 of the Business & Professions Code, effective April 4, 2009.

      The OSC was mailed to Mr Schluckebier's address of record with the State Bar on July 7, 2009, and was returned by the post office as undeliverable. A written response was due on or before August 11, 2009. No response to the OSC has been filed as of this date.

      The court now orders David Phillip Schluckebier removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

      IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

David Phillip Schluckebier,

Case Number: C09-80142 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Phillip Schluckebier
PO Box 8
Koror, PW 96940

Dated: October 21, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk